IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRANDON D. BRADLEY, SR.,

    Petitioner,

v.                                       Case No.  21-cv-49-jdp

LARRY FUCHS,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Brandon D. Bradley, Sr.'s petition for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice.

/s/                                               4/27/2021
Peter Oppeneer, Clerk of Court                  Date